USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/19/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

NASIA CARSON, ELIJAH SANTIAGO, PHILIP
MOSCA

                    Defendants.

**25 Cr. 210 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon the recommendation of the Federal Defenders of New York and pursuant to 18 U.S.C. § 3005, the Court appoints the following learned counsel for the respective defendants in this action:

- Attorney Karloff Commissiong is hereby appointed as learned counsel for Nasia Carson

- Attorney Mark DeMarco is hereby appointed as learned counsel for Elijah Santiago.

- Attorney Anthony Ricco is hereby appointed as learned counsel for Philip Mosca.

**SO ORDERED.**

Dated:   19 May 2025
         New York, New York

_____
       Victor Marrero
        U.S.D.J.