USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           - against -

NASIA CARSON, ELIJAH SANTIAGO, and PHILIP MOSCA

           Defendants.

25 Cr. 210 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The initial conference in the above-captioned matter scheduled for June 6, 2025 will take place in Courtroom 15B at 3:00 PM Eastern Standard Time.

**SO ORDERED.**

Dated:    3 June 2025
           New York, New York

                                      _____
                                      Victor Marrero
                                        U.S.D.J.