USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/13/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       - against -

NASIA CARSON, ET AL.,

             Defendants.

**25 CR 210 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for January 16, 2026, is hereby adjourned to April 10, 2026, at 12:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until April 10, 2026.

**SO ORDERED.**

Dated:    13 January 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.