**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:__4/6/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

NASIA CARSON, ET AL.,

Defendants.

**25 CR 210 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

As to defendants Nasia Carson and Philip Mosca, the status conference scheduled for April 10, 2026, is hereby adjourned to June 26, 2026, at 12:30 PM. The parties consent to an exclusion of time from the Speedy Trial Act until June 26, 2026.

As to defendant Elijah Santiago, the status conference will proceed on April 10, 2026.

**SO ORDERED.**

Dated:    6 April 2026
          New York, New York