```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/27/2026__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

       - against -

NASIA CARSON,

             Defendant.

---

**25 CR 210 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules the sentencing of defendant Nasia Carson on September 4, 2026, at 11:00 AM.

**SO ORDERED.**

Dated:    27 May 2026
         New York, New York

                            Victor Marrero
                             U.S.D.J.