**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                    **Telephone 212-349-0230**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2026
```

**By ECF**

June 16, 2025

```
Request GRANTED.
The Court hereby reschedules the sentencing for
November 6, 2026, at 10 AM.


SO ORDERED.

6/16/2026
DATE                          VICTOR MARRERO, U.S.D.J.
```

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    United States v. Carson, *et al*
       25 Cr. 210 (VM)

Dear Judge Marrero:

        This letter is respectfully submitted to request a 60-day adjournment of the sentencing of Mr. Carson which is currently scheduled for September 4, 2026.  I am making this request because there was an unavoidable delay in arranging Mr. Carson's interview for the Presentence Report [PSR]. Probation informed us that they need an additional 60 days to get the PSR completed.

        I have been advised by Assistant United States Attorney Ni Qian that Government consents to adjourning the sentencing of Mr. Carson for 60 days to a date and time convenient to Your Honor.

                                        Respectfully submitted,


                                         /s/Andrew Patel
                                        Andrew Patel


cc: All counsel by ECF