USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

NASIA CARSON

Defendants.

**25 Cr. 210 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of emails from the parties seeking an adjournment of sentencing to accommodate scheduling. Sentencing is hereby adjourned to Friday, January 15, 2027 at 2:00 pm.

**SO ORDERED.**

Dated: 23 November 2026
New York, New York

Victor Marrero
U.S.D.J.